# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STEVEN DEUPREE |
| **Case Number:** | 17-05607-CL7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 22, 2021 11:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matters:

1) STATUS CONFERENCE RE OPPOSITION TO TRUSTEE 'S OBJECTION TO CLAIM #8 FILED BY SUNFOOD LLC (fr. 12/14/20)

2) STATUS CONFERENCE RE OPPOSITION TO TRUSTEE 'S OBJECTION TO CLAIM #9 FILED BY NORTH AMERICAN EQUITY PARTNERS LLC  (fr. 12/14/20)

### Appearances:

CHRISTIN A. BATT, ATTORNEY FOR LESLIE T. GLADSTONE
(re Bk #17-05607-CL7, AP #19-90101, AP #19-90102, AP #19-90103) (telephonic)
PAUL J LEEDS, ATTORNEY FOR STEVEN DEUPREE, ROBYN DEUPREE
(re Bk #17-05607-CL7, AP #19-90102, AP #19-90103) (telephonic)
MICHAEL T. O'HALLORAN, ATTORNEY FOR SUNFOOD LLC, NORTH AMERICAN EQUITY PARTNERS LLC,
LAKE INVESTMENTS & HOLDINGS LLC, ROBERT DEUPREE  (re Bk #17-05607-CL7, AP #19-90101) (telephonic)
KATHRYN M.S. CATHERWOOD, ATTORNEY FOR TODD DOUGLAS HALL (re Bk #17-05607-CL7, AP #19-90102) (telephonic)

### Disposition:

Hearings held 2/22/21 on the following Steven DeuPree bankruptcy case & adversary proceedings: 17-05607-CL7, 19-90101-CL, 19-90102-CL, & 19-90103-CL.

*********************************************************************************

1-2)  Trustee's counsel made an oral motion in open court to withdraw Trustee's objections to proofs of claim nos. 8 & 9.  Without objection, Court grants that motion.  Trustee's objections to proofs of claim nos. 8 & 9 are withdrawn without prejudice.

Matters taken off calendar without further order.