Leslie T. Gladstone, Trustee (SBN 144615)
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>STEVEN DEUPREE,<br><br>     Debtor. | Case No.: 17-05607-CL7<br><br>**STIPULATION EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND/OR FILE MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 707(b)(3)** |

1. The time in which the Office of the United States Trustee and the Chapter 7 Trustee may pursue a complaint objecting to discharge pursuant to 11 U.S.C. § 727 is extended until September 30, 2021.

2. The time in which the Office of the United States Trustee and the Chapter 7 Trustee may pursue a motion for dismissal pursuant to 11 U.S.C. § 707(b)(3) is extended until September 30, 2021.

3. This Stipulation does not affect any deadlines set forth under 11 U.S.C. § 704(b)(2) and the filing of a motion for dismissal pursuant to 11 U.S.C. § 707(b)(2).

4. By signing this Stipulation, Paul J. Leeds, attorney for the Debtor, certifies that he has discussed this Stipulation to extend time with regard to 11 U.S.C. § 707(b)(3) and 11 U.S.C. § 727 with the Debtor and that he has been given authority to sign this Stipulation on the Debtor's behalf.

IT IS SO STIPULATED.

Dated: May 12, 2021      /s/ Leslie T. Gladstone
                Leslie T. Gladstone, Chapter 7 Trustee

Dated: May 14, 2021

                Paul J. Leeds, Esq.,
                Attorney for Debtor

In re: DeuPree
Case No. 17-05607-CL7

**PROOF OF SERVICE**

I, Candi Collins, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **May 14, 2021**, I served a true and correct copy of the following document(s):

**STIPULATION EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND/OR FILE MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 707(b)(3)**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date **May 14, 2021**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- Daniel I. Barness    daniel@barnesslaw.com
- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;dereks@flgsd.com
- Kathryn M.S. Catherwood    kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grsm.com
- Vincent V. Frounjian    vvf.law@gmail.com
- Kit J. Gardner    kgardner@gardnerlegal.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com
- Raymond Jereza    ecfcasb@aldridgepite.com, RJereza@ecf.courtdrive.com
- Kelly Marie Kaufmann    bknotice@McCarthyHolthus.com, kraftery@mccarthyholthus.com;kraftery@ecf.courtdrive.com
- Paul J Leeds    leedsp@higgslaw.com, kimbled@higgslaw.com;schroedterm@higgslaw.com
- Michael T. O'Halloran    mto@debtsd.com, vh@debtsd.com
- Kelly Marie Raftery    bknotice@McCarthyHolthus.com, kraftery@mccarthyholthus.com;kraftery@ecf.courtdrive.com
- Edward A. Treder    sdcaecf@BDFGroup.com
- United States Trustee    ustp.region15@usdoj.gov
- Vanessa Widener    lmg@amclaw.com, vhw@amclaw.com,lam@amclaw.com,amc@amclaw.com
- Jennifer C. Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Robert Zahradka    caecf@tblaw.com
- Debora M. Zumwalt    bankruptcy@epsten.com

In re: DeuPree
Case No. 17-05607-CL7

All other interested parties in this action that are not a registered ECF User are served as follows:

**X        by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

BMW Bank of North America Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016
*Special Notice Creditor*

Squar Milner LLP
San Diego
3655 Nobel Drive, Suite 300
San Diego, CA 92122

Dennis J. Wickham
Seltzer Caplan McMahon Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 14, 2021**, at La Jolla, California.

/s/ Candi Collins
Candi Collins

In re: DeuPree
Case No. 17-05607-CL7